United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Lori Lucas, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 19-20914-Civ-Scola |
| | ) **In Admiralty** |
| Royal Caribbean Cruises, LTD., | ) |
| Defendant. | ) |

### Order Adopting Magistrate's Report and Recommendation

This matter was referred to United States Magistrate Judge Edwin G. Torres for a report and recommendation on the Defendant's motion to tax costs (ECF No. 115). On September 10, 2020, Judge Torres issued a report, recommending that the Court grant the motion and award the Defendant costs in the amount of $10,507.35. (Rep. & Recs., ECF No. 117.) No objections have been filed and the time to object has passed. Having considered Judge Torres's report, the record, and the relevant legal authorities, the Court finds Judge Torres's report and recommendation cogent and compelling.

The Court **affirms and adopts** Judge Torres's report and recommendation (**ECF No. 117**) and **grants** the Defendant's motion (**ECF No. 107**). Consistent with the report, the Court awards **$10,507.35** in taxable costs to Defendant Royal Caribbean Cruises, LTD. to be paid by Plaintiff Lori Lucas.

**Done and ordered** at Miami, Florida on October 21, 2020.

_____
Robert N. Scola, Jr.
United States District Judge